FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACK TOBY STEWART,<br><br>                Plaintiff,<br><br>v.<br><br>THE HOUSING AUTHORITY OF CHELAN COUNTY & THE CITY OF WENATCHEE, and THE EXECUTIVE DIRECTOR OF THE HOUSING AUTHORITY OF CHELAN COUNTY & THE CITY OF WENATCHEE, in her official capacity,<br><br>                Defendants. | No. 2:18-CV-00099-SMJ<br><br>**ORDER DISMISSING CASE** |

On June 26, 2018, the parties filed a stipulated dismissal, ECF No. 15. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulated Motion to Dismiss, **ECF No. 15**, is **GRANTED.**

    **2.**    The Settlement Agreement, ECF No. 15-1 is incorporated in this order, and the Court shall retain jurisdiction to enforce the Settlement Agreement for a period of one year.

ORDER - 1

3. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

4. All pending motions are **DENIED AS MOOT.**

5. All hearings and other deadlines are **STRICKEN.**

6. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 26th day of June 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2